**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DANIELLE DRAPER,<br><br>　　　　Plaintiff<br>　　v.<br><br>TATE & KIRLIN ASSOCIATES, INC.,<br><br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>) **Case No.: 2:13-cv-01273-RK**<br>)<br>)<br>) |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses her Complaint with prejudice.

Dated: April 12, 2013　　　　BY:　　*/s/ Craig Thor Kimmel*
　　　　　　　　　　　　　　　　　　Craig Thor Kimmel, Esquire
　　　　　　　　　　　　　　　　　　Attorney ID # 57100
　　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　　　30 E. Butler Pike
　　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　　　　Facsimile: (877) 788-2864
　　　　　　　　　　　　　　　　　　Email: kimmel@creditlaw.com
　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*